

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-6-2008

# USA v. Goldberg

Precedential or Non-Precedential: Precedential

Docket No. 07-1048

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation
"USA v. Goldberg" (2008). *2008 Decisions.* Paper 185.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/185

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1048

_____

UNITED STATES OF AMERICA

v.

MARVIN GOLDBERG,

Appellant

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 05-cr-00157)
District Judge: Honorable J. Curtis Joyner

_____

Argued June 10, 2008

Before: AMBRO, CHAGARES and GREENBERG, Circuit Judges

(Opinion filed August 8, 2008)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed August 8, 2008, be amended as follows:

On page 8, in the line before the block quote, insert "existed" after the n-dash, to read "– existed in order to convict".

On page 10, fourth and fifth lines from bottom, replace, in both lines, "where" with "in which".

On page 17, fifth line from bottom of first full paragraph, insert a space after "§".

On page 22, line 2 of the block quote, replace double-hyphen with m-dash.

On page 24, line 7, delete "10 " from "1098 " to read "1097-98".

On page 25, line 1, delete "10 " from "1098 " to read "1097-98".

By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated:    November 6, 2008

2